Kevin S. Sinclair, State Bar Number 12277
  ksinclair@sinclairbraun.com
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE
PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:21-cv-00313-JCM-NJK |
| Plaintiff, | **JOINT STIPULATION TO EXTEND STAY OF CASE** |
| vs. | |
| NORTH AMERICAN TITLE INSURANCE COMPANY, | **(SECOND REQUEST)** |
| Defendant. | |

Defendant North American Title Insurance Company ("NATIC"), on the one hand, and plaintiff Bank of American, N.A. ("BANA"), on the other hand, hereby stipulate and agree as follows:

This is one of many actions pending before the Nevada state and federal courts involving a Lender's alleged entitlement to coverage under a title insurance policy following an HOA foreclosure sale. BANA filed this specific action in Nevada's Eighth District Court on February 23, 2021, and NATIC removed this case to the United States District Court on February 24, 2021;

As set forth in the Parties' stipulation to stay this case (ECF No. 8), BANA and NATIC had entered into global settlement negotiations to discuss the resolution of approximately 100 similar title insurance claims;

The District Court granted the Parties' stipulation on April 16, 2021 (ECF No. 9);



1
**STIPULATION TO STAY CASE**

The District Court thereafter extended the stay on September 15, 2021 (ECF No. 14);

On September 30, 2021, the Parties submitted a second joint status report to the District Court (ECF No. 15) regarding their ongoing settlement negotiations, wherein the Parties noted that BANA on September 10, 2021 provided NATIC with a global settlement demand after internally evaluating of the individual claims at issue in the global settlement discussions;

As also set forth in that second joint status report, NATIC is now in the process of evaluating those claims (in light of the global demand and the information provided therein), and formulating an appropriate response;

**NOW THEREFORE**, BANA and NATIC hereby **STIPULATE** and **AGREE** as follows, subject to the approval of the District Court:

1. The action shall remain **STAYED.**
2. The Parties shall provide the District Court with a further, joint status update ninety (90) days after entry of the order on this stipulation.
3. In the event this matter does not settle, the parties will submit a proposed scheduling order to the Court.

Dated:  October 7, 2021                     SINCLAIR BRAUN LLP

By:   /s/-Kevin S. Sinclair
KEVIN S. SINCLAIR
Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

Dated:  October 7, 2021                     WRIGHT, FINLAY & ZAK, LLP

By:   /s/-Lindsay D. Dragon
LINDSAY D. DRAGON
Attorneys for Plaintiff
BANK OF AMERICA, N.A.

**IT IS SO ORDERED.**

Dated: October 13, 2021.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

