1 WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
2 Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
3 Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
4 Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
5 dbrenner@wrightlegal.net
6 ldragon@wrightlegal.net
7 *Attorneys for Plaintiff, Bank of America, N.A. as Successor by Merger to BAC Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00313-JCM-NJK<br><br>**ORDER TO EXTEND DEADLINE TO FILE A PROPOSED DISCOVERY PLAN**<br><br>**(First Request)** |

Plaintiff, Bank of America, N.A. as Successor by Merger to BAC Home Loans Servicing, LP ("BANA") and Defendant, North American Title Insurance Company ("NATIC"), by and through their undersigned counsel, stipulate and agree as follows:

1. On February 23, 2021, BANA filed its Complaint in Eighth Judicial District Court, Case No. A-21-829952-C [ECF No. 1-1];

2. On March 5, 2021, NATIC filed a Petition for Removal to this Court [ECF No. 1];

3. On December 13, 2022, the Parties filed a Joint Status Report advising the Court that the Parties attended a private mediation on September 29, 2022, which did not result in settlement. The Parties requested thirty (30) days to submit their proposed discovery plan [ECF No. 25];

4. Counsel for BANA needs additional time to confer with its client in light of the recent holidays and is requesting an additional thirty (30) days, through and including February 13, 2023, to file the proposed discovery plan;

5. Counsel for NATIC does not oppose the requested extension;

6. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 12th day of January, 2023.    DATED this 12th day of January, 2023.

WRIGHT, FINLAY & ZAK, LLP    SINCLAIR BRAUN LLP

*/s/ Lindsay D. Dragon, Esq.*    */s/ Kevin S. Sinclair, Esq.*
Lindsay D. Dragon, Esq.    Kevin S. Sinclair, Esq.
Nevada Bar No. 13474    Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200    16501 Ventura Blvd, Suite 400
Las Vegas, Nevada 89117    Encino, California 91436
*Attorneys for Plaintiff, Bank of America,*    *Attorneys for Defendant, North American*
*N.A. as Successor by Merger to BAC Home*    *Title Insurance Company*
*Loans Servicing, LP*

**IT IS SO ORDERED.**

Dated this  13th  day of  January , 2023.

_____
UNITED STATES MAGISTRATE JUDGE