WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Bank of America, N.A. as Successor by Merger to BAC Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00313-JCM-NJK<br><br>**ORDER TO EXTEND DEADLINE TO FILE A PROPOSED DISCOVERY PLAN**<br><br>**(Second Request)** |

Plaintiff, Bank of America, N.A. as Successor by Merger to BAC Home Loans Servicing, LP ("BANA") and Defendant, North American Title Insurance Company ("NATIC"), by and through their undersigned counsel, stipulate and agree as follows:

1. On February 23, 2021, BANA filed its Complaint in Eighth Judicial District Court, Case No. A-21-829952-C [ECF No. 1-1];

2. On March 5, 2021, NATIC filed a Petition for Removal to this Court [ECF No. 1];

3. On December 13, 2022, the Parties filed a Joint Status Report advising the Court that the Parties attended a private mediation on September 29, 2022, which did not result in settlement. The Parties requested thirty (30) days to submit their proposed discovery plan [ECF No. 25];

4. On January 12, 2023, the Parties requested an extension until February 13, 2023 to submit their proposed discovery plan, as BANA's counsel needed additional time to confer with its client in light of the holidays [ECF No. 27];

5. While the proposed joint discovery plan has been drafted, the Parties need additional time to review and finalize the terms and are requesting an additional seven (7) days to do so, through and including February 20, 2023.

6. Counsel for NATIC does not oppose the requested extension;

7. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 13th day of February, 2023.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon, Esq.*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff, Bank of America, N.A. as Successor by Merger to BAC Home Loans Servicing, LP*

DATED this 13th day of February, 2023.

SINCLAIR BRAUN LLP

*/s/ Kevin S. Sinclair, Esq.*
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
16501 Ventura Blvd, Suite 400
Encino, California 91436
*Attorneys for Defendant, North American Title Insurance Company*

**IT IS SO ORDERED.**

Dated this __14th__ day of __February__, 2023.

_____
UNITED STATES MAGISTRATE JUDGE