WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Bank of America, N.A.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> NORTH AMERICAN TITLE INSURANCE COMPANY <br><br> Defendants. | Case No.: 2:21-cv-00313-JCM-NJK <br><br> **STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff, Bank of America, N.A. and Defendant, North American Title Insurance Company (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed WITH PREJUDICE, with each party to bear its own fees and costs.

DATED this 19th day of December, 2023.    DATED this 19th day of December, 2023.

WRIGHT, FINLAY & ZAK, LLP    SINCLAIR BRAUN KARGHER LLP

*/s/ Lindsay D. Dragon*    */s/ Kevin S. Sinclair*
Lindsay D. Dragon, Esq.    Kevin S. Sinclair, Esq.
Nevada Bar No. 13474    Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200    15260 Ventura Blvd., Suite 715
Las Vegas, Nevada 89117    Sherman Oaks, California 91403
*Attorneys for Plaintiff, Bank of America,*    *Attorneys for Defendant, North American*
*N.A. as Successor by Merger to BAC Home*    *Title Insurance Company*
*Loans Servicing, LP*

**IT IS SO ORDERED.**

DATED: December 28, 2023    _____
                            UNITED STATES DISTRICT JUDGE